IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZACHARIAH DAMBROSIA-SHAW**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　**Case No. 4:22-cv-01080-LPR**

**ROBERT WAKEFIELD,**
Administrator, Lonoke County Jail, et al.　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe and some subsequent filings by Plaintiff Zachariah Dambrosia-Shaw that the Court will treat as objections. After a careful review of the objections and a *de novo* review of the RD and the record, the Court adopts the RD in its entirety. Accordingly, the Complaint (Doc. 1) is dismissed without prejudice due to a lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not in good faith.

　　IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE